

# Fourth Court of Appeals
## San Antonio, Texas

June 12, 2018

No. 04-17-00788-CV

**UNION PACIFIC RAILROAD COMPANY,**
Appellant

v.

**ANN BROWN D/B/A JAY CONSTRUCTION,**
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2013CVT001716D1
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

Appellee's brief was originally due to be filed on May 17, 2018. Appellee's first motion for extension of time was granted, extending the deadline for filing the brief to June 18, 2018. On June 7, 2018, Appellee filed a motion requesting an additional extension of time to file the brief until July 18, 2018, for a total extension of sixty days. The motion is GRANTED. **THIS IS THE FINAL EXTENSION OF TIME THAT THE APPELLANT WILL BE GRANTED**. The Appellant's brief must be filed by July 18, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of June, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court